# United States Court of Appeals
## For the First Circuit

No. 22-1950

UNITED STATES

Appellee,

v.

JOSE PADILLA-GALARZA, a/k/a "Joey",

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on May 6, 2026, is amended as follows:

On page 7, at footnote 2, please insert "indictment" after "superseding"